**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR REHEARING

Appellate case name:      Taj Mohammed v. D. 1050 W. Rankin, Inc.

Appellate case number:   01-13-00977-CV

Trial court case number:  1034730

Trial court:               County Civil Court at Law No. 1 of Harris County

It is ordered that Appellant's Motion for Rehearing is **denied**.

Judge's signature: _/s/ Jane Bland_
                          Acting for the Court

Panel consists of: Chief Justice Radack and Justices Bland and Huddle.

Date:  March 26, 2015